**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1618**

FREDDIE N. RAYNOR,

                Plaintiff – Appellant,

        v.

BOB ROLLINS (Wake County); FRED WURTERS; MONA BHATTI;
DOROTHEA DIX HOSPITAL,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge. (5:09-cv-00296-D)

Submitted:  October 19, 2010          Decided:  October 25, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddie N. Raynor, Appellant Pro Se.   Robert O. Crawford, III,
CRAWFORD LAW OFFICE, Raleigh, North Carolina; Lisa Granberry
Corbett, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie N. Raynor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Raynor's informal brief does not challenge the basis for the district court's disposition, Raynor has forfeited appellate review of the court's order. Accordingly, we deny Raynor's motion for a stay and for appointment of counsel, and we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>